# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Svenja Schmitt, et al.

                              Plaintiff,

v.　　　　　　　　　　　　　　　　　Case No.: 1:24−cv−00190

　　　　　　　　　　　　　　　　　　Honorable Lindsay C. Jenkins

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

                              Defendant.


## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 20, 2024:

      MINUTE entry before the Honorable Lindsay C. Jenkins: The following order does not apply to Defendants Clothing and Home Decor, Nightingale, Cozy Time (118), World Deal (119), Moobody (125), US Deals (126), UR Best Choice (127), Techonline (128), Pink Vine (129), Better and Easy Life (130), Exclusive OutLet (131), LesoGood Shop (132), GearUP Store (133), Free Choice (134), QinHuanjue (25) and jia@qing (43). Before the Court is Plaintiff's motion [30] for entry of default and default judgment against certain remaining Defendants. All remaining defendants have failed either to plead or to otherwise appear to defend against this action. Accordingly, default is entered under Rule 55(a) of the Federal Rules of Civil Procedure. Any objections to the motion for entry of default judgment must be filed on or before February 26, 2024. If no objections are filed by that date, the court will consider the motion unopposed. Plaintiff must serve this minute order upon all remaining Defendants within one business day of its entry on the docket and must promptly file proof of that service. Mailed notice. (jlj, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.