**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

SVENJA SCHMITT,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:24-cv-00190

Judge Lindsay C. Jenkins

Magistrate Judge Jeffrey T. Gilbert

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 40 | putianshilichengquweicaimaoyiyouxiangongsi |
| 74 | Brigen |
| 58 | Wu Jinkun |
| 48 | HBLX |
| 46 | Fan shi si Department Store |
| 107 | kako star123 |
| 11 | Fashion-Saiziao |
| 70 | LEINTEREST |
| 41 | Redida |
| 71 | Sun&Moo |
| 72 | SSUYEURI-US |
| 37 | CASEZILY |
| 115 | kidunj |
| 120 | WQQZJJ |
| 121 | GiliGiliso |
| 122 | Moocorvic |
| 123 | VSONTOR Clothing Shop |
| 124 | TUTUnaumb |
| 135 | Amacok |
| 136 | Vikakiooze |
| 138 | JeashCHAT |
| 144 | cllios |
| 145 | Surpdew Decoration Shop |

| | |
|---|---|
| 146 | SEROYE-Fashion clothing |
| 147 | jsaierl |
| 148 | ICHUANYI |
| 150 | N's Clothes Co.ltd |
| 151 | Fengqque |
| 152 | Kizly |
| 154 | simplmasygenix |
| 155 | YOTAMI Co. Ltd |
| 156 | babysbule |
| 157 | Penkiiy |
| 160 | PATLOLLAV |
| 161 | JIOAKFA Clothing Shop |
| 162 | Timegard Online Shop |
| 163 | NAMANYLE |
| 165 | Aihimol |
| 166 | Fnochy Co.Ltd |
| 167 | Leesechin |
| 168 | loopsun |
| 170 | AOOCHASLIY |
| 171 | TIHLMK |
| 172 | C-N-M-D |
| 174 | CHGBMOK |
| 175 | TAOTEHUI |
| 176 | BELLZELY |
| 177 | UTTOASFAY Clearance |
| 178 | KIHOUT |
| 179 | Levmjia |
| 180 | Vivianyo HD |
| 181 | Stamzod |
| 149 | HONHUZH |
| 159 | LYXSSBYX |
| 164 | Cloud |
| 184 | Pld LLC |
| 68 | Lixing Sugar |
| 78 | Baiouyuan |
| 81 | MMTTO |
| 85 | Yimiduo |
| 97 | Belle vie |
| 21 | Senlin Store |
| 187 | Clothing and Home Decor |
| 185 | HSMQHJWE Clothing |
| 186 | Mylike Clothing |
| 189 | GWAABD Clothing |
| 190 | LBECLEY Clothing |
| 191 | KI-8jcuD Clothing |
| 102 | Suxina |

| | |
|---|---|
| 18 | LXJMY-US |
| 10 | fengjunhao |
| 57 | FoneExpert |
| 100 | Gods_Eye |

DATED: February 27, 2024

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone:312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on February 27, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt